MEADOWS WYE & CO., INC., ET AL. *v.* UNITED STATES

**No. 6909.**—Invoices dated Birmingham, England, February 27, 1946, etc.
    Certified February 28, 1946, etc.
    Entered at New York, N. Y., March 19, 1946, etc.
    Entry No. 746234, etc.

(Decided February 20, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge:    It has been stipulated between the parties hereto that the issues herein relating to safety razors, motorcycles, etc., are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

NATIONAL SILVER CO. *v.* UNITED STATES

**No. 6910.**—Invoice dated Sheffield, England, March 12, 1946.
    Certified March 13, 1946.
    Entered at New York, N. Y., May 13, 1946.
    Entry No. 760060.

(Decided February 20, 1947)

*Siegel, Mandell & Davidson* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge:    It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.